# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Luis Santiago-Rebolledo, | **NO. CV-25-04991-PHX-SMB (ASB)** |
| Petitioner, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| John E Cantu, et al., | |
| Respondents. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed March 11, 2026, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is denied without prejudice and this action is hereby dismissed.

Debra D. Lucas
District Court Executive/Clerk of Court

March 11, 2026

s/ Jocelyn Arviso
By   Deputy Clerk